# IN UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PERI L LONG,

    Plaintiff,

v.

EXCELAS, LLC.,

    Defendant.

NO.: 0-968

Judge Gary L. Lancaster

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and stipulate that the above-captioned matter be dismissed with prejudice.

s/Susan N. Williams, Esq.
Susan N. Williams, Attorney for Plaintiff

s/Erin J. McLaughlin, Esq.
Erin J. McLaughlin, Attorney for Defendant

SO ORDERED, this 6 day of January, 2009.

_____
Gary L. Lancaster, U.S. District Judge